974

■ THOMAS J. VALENTINE, Appellant, v. THEODORE R. GREENE and BOARD OF ELECTIONS OF WESTCHESTER COUNTY, Respondents.— In a proceeding to invalidate petitions designating respondent Theodore R. Greene, an enrolled Republican, as the candidate of the Westchester County Conservative Party for the public office of Mayor of the City of New Rochelle in the Primary Election to be held on June 23, 1970 and in the General Election to be held on November 3, 1970, the appeal is from a judgment of the Supreme Court, Westchester County, entered June 5, 1970, which dismissed the proceeding. Judgment reversed, on the law and the facts, without costs, and petition granted. At the time the Conservative Party purported to authorize the candidacy of respondent Greene, no vacancy existed in the office of Mayor of New Rochelle (Public Officers Law, §§ 30, 31); and the Conservative Party had no power or authority to authorize Greene's candidacy before a vacancy existed (Election Law, § 137, subd. 4; cf. *Matter of Doran* v. *Board of Elections of County of Nassau*, 16 N Y 2d 852). Christ, P. J., Rabin, Hopkins, Martuscello and Brennan, JJ., concur.

## (June 11, 1970)

■ In the Matter of CHARLES W. ALTIERI, Appellant, v. EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, and JOSEPH J. GALLO et al., Respondents.— In a proceeding to invalidate the certificate filling vacancies after declination, which designated respondent Joseph J. Gallo, as a candidate in the Conservative Party Primary Election to be held on June 23, 1970 for the Party position of County Committeeman in the Town of Islip, 29th Election District, 3rd Assembly District, County of Suffolk, the appeal is from a judgment of the Supreme Court, Suffolk County, entered June 4, 1970, which directed the respondent Board of Elections to place the name of said respondent candidate in the appropriate district pursuant to said certificate. Judgment affirmed, without costs. No opinion. Christ, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.

■ In the Matter of ANTHONY CARTAFALSA et al., Appellants, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and ROSALIE DE LILLIO and ANTHONY SAIEVA et al., Respondents.— In a proceeding *inter alia* to invalidate petitions designating respondents Anthony Saieva and Rosalie De Lillio as candidates in the Republican Party Primary Election to be held on June 23, 1970 for the Party position of Member of the State Committee, Male and Female respectively, for the 36th Assembly District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, entered June 9, 1970, which declared said designating petitions invalid and enjoined the respondent Board of Elections from placing the names of said designees-respondents upon the ballot, but did not grant the further relief sought in the proceeding. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.